NUMBER 13-05-712-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


ALEJANDRO BETANCOURT, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 178th District Court 


of Harris County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, ALEJANDRO BETANCOURT, perfected an appeal from a judgment
entered by the 178th District Court of Harris County, Texas, in cause number
899258. On March 10, 2006, this cause was abated, and the trial court was directed
to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's
findings and recommendations were received on January 3, 2007. The trial court
found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 25th day of January, 2007.